UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY CARO,

                Plaintiff,

-v.-

COMMUNITY ACCESS INC.,

                Defendant.

23 Civ. 03512 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      By **November 8, 2024**, the parties shall file a joint letter updating the Court on the status of this matter and describing any efforts to (1) prosecute or defend this case since Defendant Community Access Inc. answered the Complaint, *see* ECF No. 11; and (2) reach a settlement.

      The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: October 23, 2024
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge